AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ROSHAWN MCLAUGHLIN, on behalf of himself and others similarly situated, *Plaintiff(s)* <br><br> v. <br><br> ONANAFE MANAGEMENT SOLUTIONS LLC d/b/a KLEANIX FACILITY SERVICES, *Defendant(s)* | Civil Action No. 22-cv-6792 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Onanafe Management Solutions LLC
470 7th Avenue, #311
New York, New York 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Brown, Esq.
Brown Kwon & Lam, LLP
521 5th Avenue, 17th Floor
New York, New York 10175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/9/2022

/s/Shirley Ramos
*Signature of Clerk or Deputy Clerk*