UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROSHAWN MCLAUGHLIN, on behalf of himself
and others similarly situated,

      PARTIAL JUDGMENT

    Plaintiff,

 v.

      22-CV-6792 (PKC) (MMH)

ONANAFE MANAGEMENT SOLUTIONS
LLC, et al.,

    Defendants.
----------------------------------------------------------------X

  A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 30, 2024, adopting the Report and Recommendation of Magistrate Marcia M. Henry, dated September 14, 2024, denying Plaintiff's motion for default judgment as to Kleanix and the Individual Defendants; granting in part and denying in part Plaintiff's motion for default judgment as to Onanafe; awarding Plaintiff: $46,231.25 in unpaid minimum wages and unpaid overtime wages; $46,231.25 in liquidated damages for unpaid wages; $33,800 in liquidated damages for untimely pay; $9,872.40 in prejudgment interest to increase by $11.40 per day until the day judgment is entered; post-judgment interest in an amount to be calculated pursuant to 28 U.S.C. § 1961(a); $11,750 in attorneys' fees; and $568.60 in costs; and the Clerk having calculated the additional prejudgment interest at the rate set forth above, and the interest being $205.20; it is

  ORDERED and ADJUDGED that Plaintiff's motion for default judgment as to Kleanix and the Individual Defendants is denied; that Plaintiff's motion for default judgment as to Onanafe is granted in part and denied in part; that Plaintiff is awarded a total amount of $148,658.70, plus post-judgment interest in an amount to be calculated pursuant to 28 U.S.C. §

1961(a); and that Plaintiff is granted leave to file a renewed motion for default judgment against the Individual Defendants by November 1, 2024.

| | |
|---|---|
| Dated: Brooklyn, New York<br>October 2, 2024 | Brenna B. Mahoney<br>Clerk of Court |
| | By:  */s/Jalitza Poveda*<br>Deputy Clerk |