# UNITED STATES DISTRICT COURT
# EASTEREN DISTRICT OF NEW YORK

ROSHAWN MCLAUGHLIN,
*on behalf of himself and others similarly situated*,

    Plaintiff,

- against -

OJIYOMO IGBAYO and LAUREN HAWKE IGBAYO,

    Defendants.

Case No.: 1:22-cv-6792

**DEFAULT JUDGMENT**

This action having been commenced by Plaintiff ROSHAWN MCLAUGHLIN on November 7, 2022, by the filing of a Complaint, and a First Amended Complaint filed on May 2, 2023. Defendants, OJIYOMO IGBAYO and LAUREN HAWKE IGBAYO, having not responded to the First Amended Complaint, it is

ORDERED, and ADJUDGED that Plaintiff, ROSHAWN MCLAUGHLIN, has judgment against Defendants OJIYOMO IGBAYO and LAUREN HAWKE IGBAYO, jointly and severally, for unpaid wages in the amount of $46,231.25, New York State liquidated damages in the amount of $46,231.25, New York State Liquidated Damages for the Late Payment of Wages in the amount of $33,800, with interest at 9% from May 2, 2022 up to the date of judgment, amounting to $11,297.40; plus attorney fees and costs in the amount of $12,318.60 amounting in all to $149,878.50; and that Plaintiff is awarded post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: Brooklyn, New York
      January 17, 2025

BRENNA B. MAHONEY
CLERK OF COURT

by: *Jalitza Poveda*
      Deputy Clerk